UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, <br> Plaintiff, <br> v. <br> K. SWIWET BINNING, et al., <br> Defendants. | Case No. 17-cv-00155-WHO (PR) <br><br> **ORDER OF DISMISSAL** <br><br> Dkt. No. 56 |

This federal civil rights action is DISMISSED without prejudice, pursuant to plaintiff Barth's request for voluntary dismissal (Dkt. No. 57). *See* Fed. R. Civ. P. 41(a)(2). Defendants' motion for summary judgment is DENIED without prejudice. (Dkt. No. 56.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 19, 2018

WILLIAM H. ORRICK
United States District Judge